**[ORAL ARGUMENT NOT SCHEDULED]**

No. 25-5452

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, *et al.*,

Petitioners.

_____

On Petition for a Writ of Mandamus to the United States
District Court for the District of Columbia
No. 1:25-cv-00766
The Hon. James E. Boasberg

**PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR STAY PENDING RESOLUTION OF PETITION FOR A WRIT OF MANDAMUS**

Evelyn Danforth-Scott
Spencer Amdur
Noelle Smith
Oscar Sarabia Roman
My Khanh Ngo
Cody Wofsy
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
(415) 343-0770
Arthur B. Spitzer
Scott Michelman
Aditi Shah
AMERICAN CIVIL LIBERTIES

Lee Gelernt
   *Counsel of Record*
Daniel Galindo
Ashley Gorski
Patrick Toomey
Sidra Mahfooz
Sean M. Lau
Omar Jadwat
Hina Shamsi
AMERICAN CIVIL LIBERTIES
   UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2660
lgelernt@aclu.org

| Union Foundation of | Kathryn Huddleston |
| the District of Columbia | American Civil Liberties |
| 529 14th Street, NW, Suite 722 | Union Foundation |
| Washington, D.C. 20045 | 915 15th Street, NW, 7th Floor |
| (202) 457-0800 | Washington, D.C. 20005 |
| | (212) 549-2500 |

*Counsel for Plaintiffs–Appellees*

These proceedings have been on hold for almost eight months. *See J.G.G. v. Trump*, 2025 WL 3198891, at *1 (D.C. Cir. Nov. 14, 2025). The *en banc* majority of this Court recently concluded that the district court's contempt inquiry can go forward. *See id.* at *4 (Pillard, Wilkins, and Garcia, JJ.) (district court may "proceed . . . within his sound discretion" to obtain factual information); *id.* at *5 n.1 (Pan, J.) ("Six of the eleven active judges on this court opine that the district court did not err."). The district court has now begun that inquiry. As it explained, the government has filed only the most "cursory" declarations, which leave critical questions unanswered about the basis for the government's decisions and whether the government intentionally misled the district court. D. Ct. Dkt. 208, at 2. The government's principal objection is the attorney-client privilege, but as the district court explained, "the Government will be free to object to particular questions," the court will "limit the scope of the testimony to the current case," and in any event, there are many reasons why the privilege may not apply at all. *Id.* at 3.

For these reasons, the Emergency Motion for a Stay should be denied.

| | |
|---|---|
| Date: December 12, 2025 | Respectfully submitted, |
| | /s/ *Lee Gelernt* |
| Evelyn Danforth-Scott | Lee Gelernt |
| Spencer Amdur |     *Counsel of Record* |
| Noelle Smith | Daniel Galindo |
| Oscar Sarabia Roman | Ashley Gorski |
| My Khanh Ngo | Patrick Toomey |
| Cody Wofsy | Sidra Mahfooz |
| AMERICAN CIVIL LIBERTIES | Sean M. Lau |
|    UNION FOUNDATION | Omar Jadwat |
| 425 California Street, Suite 700 | Hina Shamsi |
| San Francisco, CA 94104 | AMERICAN CIVIL LIBERTIES |
| (415) 343-0770 |    UNION FOUNDATION |
| | 125 Broad Street, 18th Floor |
| Arthur B. Spitzer | New York, NY 10004 |
| Scott Michelman | (212) 549-2660 |
| Aditi Shah | lgelernt@aclu.org |
| AMERICAN CIVIL LIBERTIES | |
|    UNION FOUNDATION OF | Kathryn Huddleston |
|    THE DISTRICT OF COLUMBIA | AMERICAN CIVIL LIBERTIES |
| 529 14th Street, NW, Suite 722 |    UNION FOUNDATION |
| Washington, D.C. 20045 | 915 15th Street, NW, 7th Floor |
| (202) 457-0800 | Washington, D.C. 20005 |
| | (212) 549-2500 |
| | *Counsel for Plaintiffs–Appellees* |

# CERTIFICATE OF COMPLIANCE

1. This brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 204 words.

2. This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced and easy-to-read typeface using Microsoft Word in 14-point size font.

/s/ *Lee Gelernt*
Lee Gelernt
December 12, 2025
*Counsel for Plaintiffs–Appellees*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2025, I electronically filed the foregoing Response with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. A true and correct copy of this brief has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Lee Gelernt*
Lee Gelernt
December 12, 2025
*Counsel for Plaintiffs–Appellees*
