# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** In re DONALD J. TRUMP, et al.,

v.

**Case No:** 25-5452

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☉ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ☉ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Please see additional page attached.

### Counsel Information

**Lead Counsel:** Lee Gelernt

**Direct Phone:** (212) 549-2616  **Fax:** (322) 220-1702  **Email:** lgelernt@aclu.org

**2nd Counsel:** Daniel Galindo

**Direct Phone:** (646) 905-8907  **Fax:** (322) 220-1702  **Email:** dgalindo@aclu.org

**3rd Counsel:** Patrick Toomey

**Direct Phone:** (212) 519-7816  **Fax:** (322) 220-1702  **Email:** ptoomey@aclu.org

**Firm Name:** American Civil Liberties Union Foundation

**Firm Address:** 125 Broad Street, 18th Floor, New York, NY 10004

**Firm Phone:** (212) 549-2500  **Fax:** ( ) -  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Party Information
J.G.G.
G.F.F.
J.G.O.
W.G.H.
J.A.V.
M.Z.V.V.., as next friend on behalf of J.A.B.V.
M.Y.O.R., as next friend on behalf of M.A.O.R.
M.M.A.A., as next friend on behalf of G.A.A.A.
D.A.R.H., as next friend on behalf of Andry Jose Hernandez Romero
Eylan Schilman, as next friend on behalf of T.C.I.
Liyanara Sanchez, as next friend on behalf of Frengel Reyes Mota
Dorys Mendoza, as next friend on behalf of M.R.M.