# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** In re Trump

v.

**Case No:** 25-5452

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ● Pro Bono  ○ Appointed (CJA/FPD)  ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ● Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| J.G.G. | J.A.V. |
| G.F.F. | W.G.H. |
| J.G.O. | |
| Please see attached for additional parties. | |

### Counsel Information

**Lead Counsel:** [I am not lead counsel in this case]

**Direct Phone:** (___) ___-___  **Fax:** (___) ___-___  **Email:**

**2nd Counsel:** Scott Michelman

**Direct Phone:** (202) 6014267  **Fax:** (___) ___-___  **Email:** smichelman@acludc.org

**3rd Counsel:** Arthur B. Spitzer

**Direct Phone:** (202) 6014266  **Fax:** (___) ___-___  **Email:** aspitzer@acludc.org

**Firm Name:** ACLU Foundation of D.C.

**Firm Address:** 529 14th St. NW, Suite 722, Washington DC 20045

**Firm Phone:** (202) 4570800  **Fax:** (___) ___-___  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

Additional parties represented:

    LIYANARA SANCHEZ, as next friend on behalf of FRENGEL REYES MOTA,

    D.A.R.H.,* as next friend on behalf of ANDRY JOSE HERNANDEZ ROMERO,

    M.Z.V.V., as next friend on behalf of J.A.B.V.,

    M.Y.O.R., as next friend on behalf of M.A.O.R.,

    M.M.A.A., as next friend on behalf of G.A.A.A.,

    DORYS MENDOZA, as next friend on behalf of M.R.M.,

    EYLAN SCHILMAN, as next friend on behalf of T.C.I.