# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** J.G.G., et al.

**v.**
Donald J. Trump, et al.

**Case No:** 25-05452

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ◉ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Please see additional page attached.

### Counsel Information

Lead Counsel:

Direct Phone: (____) _____ Fax: (____) ____-____ Email:

2nd Counsel: Sean M. Lau

Direct Phone: ( 212 ) 549-2660 Fax: ( 332 ) 234-9528 Email: slau@aclu.org

3rd Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email:

Firm Name: American Civil Liberties Union Foundation

Firm Address: 125 Broad Street, 18th Floor, New York, NY 10004

Firm Phone: ( 212 ) 549-2500 Fax: (____) ____-____ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Party Information**

J.G.G.

G.F.F.

J.G.O.

W.G.H.

J.A.V.

M.Z.V.V., as next friend on behalf of J.A.B.V.

M.Y.O.R., as next friend on behalf of M.A.O.R.

M.M.A.A., as next friend on behalf of G.A.A.A.

D.A.R.H., as next friend on behalf of Andry Jose Hernandez Romero

Eylan Schilman, as next friend on behalf of T.C.I.

Liyanara Sanchez, as next friend on behalf of Frengel Reyes Mota

Dorys Mendoza, as next friend on behalf of M.R.M.