# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5452**                    **September Term, 2025**

**1:25-cv-00766-JEB**

**Filed On:** May 7, 2026

In re: Donald J. Trump, et al.,

      Petitioners

**O R D E R**

Upon consideration of respondents' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that petitioners file a response to the petition by Friday, May 22, 2026.  The response may not exceed 3,900 words.  Absent an order of the court, a reply to the response will not be accepted for filing.

              **FOR THE COURT:**
              Clifton B. Cislak, Clerk

      BY:    /s/
              Daniel J. Reidy
              Deputy Clerk