No. 25-5452

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

In re DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF
THE UNITED STATES, et al.,

*Petitioners.*

---

On Petition for a Writ of Mandamus to the United States District Court for the
District of Columbia No. 1:25-cv-00766 The Hon. James E. Boasberg.

---

**UNOPPOSED MOTION FOR INVITATION TO PARTICIPATE AS *AMICI
CURIAE* BY 174 FORMER JUDGES IN SUPPORT OF RESPONDENT'S
PETITION FOR REHEARING EN BANC**

---

Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE#15180
Washington. D.C. 20003
(202) 594-9958
norman@democracydefenders.org

**Counsel for *Amici Curiae***

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and D.C. Circuit Rule 40(f), 174 former judges, respectfully move this Court for an invitation to file the attached brief as *amici curiae* in support of Respondent's Petition for Rehearing En Banc. Respondent consents to and Petitioner is unopposed to this filing.

Movants seeking an invitation to file an amicus curiae brief are former judges. As former judges, *amici* have a unique understanding of the vital role contempt proceedings play in ensuring compliance with their rulings and, more generally, the rule of law.

The attached proposed brief will aid the Court's consideration of the Petition for Rehearing En Banc by providing additional briefing Respondent has not addressed: explaining how the criminal contempt power is a core judicial authority and indispensable to the existence of a court; and how the issuing court's power to investigate disobedience is constitutionally inseparable from its power to issue orders. .

The participation of *amici* will not cause the recusal of any member of the en banc court.

*Amici* former judges are as follows:

- **Judge Michael Luttig, U.S. Circuit Judge, U.S. Court of Appeals for the Fourth Circuit (Ret.)**
- **Judge Nancy Gertner, U.S. District Judge, District of Massachusetts (Ret.)**

**Federal:**

- Chief Judge John W. Bissell, U.S. District Judge, District of New Jersey (Ret.)
- Judge Robert J. Cindrich, U.S. District Judge, Western District of Pennsylvania (Ret.)
- Chief Judge U.W. Clemon, U.S. District Judge, Northern District of Alabama (Ret.)
- Judge Susan E. Cox, U.S. Magistrate Judge, Northern District of Illinois (Ret.)
- Judge Andre M. Davis, U.S. Circuit Judge, U.S. Court of Appeals for the Fourth Circuit (Ret.)
- Judge Morton Denlow, U.S. Magistrate Judge, Northern District of Illinois (Ret.)
- Chief Judge William F. Downes, U.S. District Judge, District of Wyoming (Ret.)
- Judge David K. Duncan, U.S. Magistrate Judge, District of Arizona (Ret.)
- Chief Judge Sheila Finnegan, U.S. Magistrate Judge, Northern District of Illinois (Ret.)
- Judge Jeremy Fogel, U.S. District Judge, Northern District of California (Ret.)
- Judge James C. Francis IV, U.S. Magistrate Judge, Southern District of New York (Ret.)
- Judge Royal Furgeson, Jr., U.S. District Judge, Western District of Texas (Ret.)
- Judge Steven M. Gold, U.S. Magistrate Judge, Eastern District of New York (Ret.)

- Judge A. Benjamin Goldgar, U.S. Bankruptcy Judge, Northern District of Illinois (Ret.)
- Judge Paul W. Grimm, U.S. District Judge, District of Maryland (Ret.)
- Judge Thelton Henderson, U.S. District Judge, Northern District of California (Ret.)
- Chief Judge Robert Harlan Henry, U.S. Circuit Judge, U.S. Court of Appeals for the Tenth Circuit (Ret.)
- Judge Richard J. Holwell, U.S. District Judge, Southern District of New York (Ret.)
- Judge Ellen Segal Huvelle, U.S. District Judge, District of Columbia (Ret.)
- Judge John E. Jones III, U.S. District Judge, Middle District of Pennsylvania (Ret.)
- Judge James Larson, U.S. Magistrate Judge, Northern District of California (Ret.)
- Judge Roanne L. Mann, U.S. Magistrate Judge, Eastern District of New York (Ret.)
- Judge A. Howard Matz, U.S. District Judge, Central District of California (Ret.)
- Chief Judge Paul Michel, U.S. Circuit Judge, U.S. Court of Appeals for the Federal Circuit (Ret.)
- Judge Kathleen O'Malley, U.S. Circuit Judge, U.S. Court of Appeals for the Federal Circuit (Ret.)
- Judge Brian Owsley, U.S. Magistrate Judge, Southern District of Texas (Ret.)
- Judge Philip M. Pro, U.S. District Judge, District of Nevada (Ret.)
- Judge Shira A. Scheindlin, U.S. District Judge, Southern District of New York (Ret.)
- Judge Fern M. Smith, U.S. District Judge, Northern District of California (Ret.)
- Judge John D. Tinder, U.S. Circuit Judge, U.S. Court of Appeals for the Seventh Circuit (Ret.)
- Judge Ursula Ungaro, U.S. District Judge, Southern District of Florida (Ret.)

- Judge Thomas I. Vanaskie, U.S. Circuit Judge, U.S. Court of Appeals for the Third Circuit (Ret.)
- Judge T. John Ward, U.S. District Judge, Eastern District of Texas (Ret.)
- Judge Paul Watford, U.S. Circuit Judge, U.S. Court of Appeals for the Ninth Circuit (Ret.)
- Judge Alexander Williams, Jr., U.S. District Judge, District of Maryland (Ret.)
- Judge Lee Yeakel, U.S. District Judge, Western District of Texas (Ret.)

**State:**

- Judge Verna A. Adams, Marin County Superior Court, California (Ret.)
- Judge Elaine Andrews, Anchorage Superior Court, Alaska (Ret.)
- Judge Beth M. Andrus, Washington State Court of Appeals (Ret.)
- Judge Stephanie A. Arend, Pierce County Superior Court, Washington (Ret.)
- Judge Sharon S. Armstrong, King County Superior Court, Washington (Ret.)
- Chief Justice Scott Bales, Arizona Supreme Court (Ret.)
- Chief Justice Thomas A. Balmer, Oregon Supreme Court (Ret.)
- Judge Paul A. Bastine, Spokane County Superior Court, Washington (Ret.)
- Judge Martha Beckwith, Anchorage District Court, Alaska (Ret.)
- Chief Justice Michael L. Bender, Colorado Supreme Court (Ret.)
- Justice Margot Botsford, Massachusetts Supreme Judicial Court (Ret.)
- Justice G. Arthur Brennan, York County Superior Court, Maine (Ret.)
- Associate Justice Bobbe J. Bridge, Washington Supreme Court (Ret.)
- Chief Justice Eric Brown, Supreme Court of Ohio (Ret.)
- Chief Justice Roger Burdick, Idaho Supreme Court (Ret.)
- Judge William Cahill, San Francisco County Superior Court, California (Ret.)
- Chief Justice Walter L. Carpeneti, Alaska Supreme Court (Ret.)

- Judge Wynne Carvill, Alameda County Superior Court, California (Ret.)
- Judge Patrick A. Cathcart, Los Angeles Superior Court, California (Ret.)
- Chief Justice Sue Bell Cobb, Alabama Supreme Court (Ret.)
- Judge Harriett M. Cody, King County Superior Court, Washington (Ret.)
- Justice Carol Ann Conboy, New Hampshire Supreme Court (Ret.)
- Chief Justice Dori Contreras, 13th Court of Appeals, Texas (Ret.)
- Associate Justice Patricia Cotter, Montana Supreme Court (Ret.)
- Judge Denise Navarre Cubbon, Lucas County Court of Common Pleas Juvenile Division, Ohio (Ret.)
- Judge Ronald E. Culpepper, Pierce County Superior Court, Washington (Ret.)
- Judge James Dannenberg, Hawaii District Court, First Circuit (Ret.)
- Justice Mary McGowan Davis, New York State Supreme Court (Ret.)
- Justice Carolyn E. Demarest, New York State Supreme Court (Ret.)
- Justice Michael P. Donnelly, Supreme Court of Ohio (Ret.)
- Justice Fernande R.V. Duffly, Massachusetts Supreme Judicial Court (Ret.)
- Judge Sally Duncan, Maricopa County Superior Court, Arizona (Ret.)
- Justice Robert D. Durham, Oregon Supreme Court (Ret.)
- Judge George Eskin, Santa Barbara County Superior Court, California (Ret.)
- Judge Noel Fidel, Arizona Court of Appeals (Ret.)
- Judge Francisco Firmat, Orange County Superior Court, California (Ret.)
- Justice Helen E. Freedman, New York Appellate Division of the Supreme Court (Ret.)
- Judge Julia Garratt, King County Superior Court, Washington (Ret.)
- Judge Deborra Garrett, Whatcom County Superior Court, Washington (Ret.)
- Judge David George, First Judicial District of Alaska (Ret.)

- Judge Tim Gerking, Jackson County Circuit Court, Oregon (Ret.)
- Justice Janine P. Geske, Wisconsin Supreme Court (Ret.)
- Justice Emily Jane Goodman, New York State Supreme Court (Ret.)
- Judge Dianna Gould-Saltman, Los Angeles Superior Court, California (Ret.)
- Judge Ernestine S. Gray, Orleans Parish Juvenile Court, Louisiana (Ret.)
- Chief Justice Mark V. Green, Massachusetts Appeals Court (Ret.)
- Justice Karen F. Green, Massachusetts Superior Court (Ret.)
- Judge Helen Halpert, King County Superior Court, Washington (Ret.)
- Judge Brook Hedge, Superior Court of the District of Columbia (Ret.)
- Judge James Hely, New Jersey Superior Court, Vicinage 12 (Ret.)
- Judge Bethany G. Hicks, Maricopa County Superior Court, Arizona (Ret.)
- Justice Geraldine S. Hines, Massachusetts Supreme Judicial Court (Ret.)
- Judge Vicki L. Hogan, Pierce County Superior Court, Washington (Ret.)
- Justice Robin E. Hudson, North Carolina Supreme Court (Ret.)
- Judge J. Robin Hunt, Washington Court of Appeals (Ret.)
- Justice Barbara Jaffe, New York State Supreme Court (Ret.)
- Judge Nely Johnson, Multnomah County Circuit Court, Oregon (Ret.)
- Chief Justice Jim Jones, Idaho Supreme Court (Ret.)
- Judge Henry Kantor, Multnomah County Circuit Court, Oregon (Ret.)
- Judge Ann O'Regan Keary, Superior Court of the District of Columbia (Ret.)
- Judge Steven J. Kleifield, Los Angeles Superior Court, California (Ret.)
- Judge Scot Kline, Vermont Superior Court (Ret.)
- Judge Michael S. Kupersmith, Chittenden County Superior Court, Vermont (Ret.)
- Judge David A. Kurtz, Snohomish County Superior Court, Washington (Ret.)

- Judge Linda Lau, Washington State Court of Appeals (Ret.)
- Chief Judge John P. Leopold, Colorado District Court, 18th Judicial District (Ret.)
- Judge Richard A. Levie, Superior Court of the District of Columbia (Ret.)
- Chief Justice R. Fred Lewis, Florida Supreme Court (Ret.)
- Judge John Lohrmann, Walla Walla County Superior Court, Washington (Ret.)
- Judge Richard Lyman, Los Angeles Superior Court, California (Ret.)
- Judge Barbara Mack, King County Superior Court, Washington (Ret.)
- Chief Justice Eric Magnuson, Minnesota Supreme Court (Ret.)
- Judge Patrick J. Mahoney, San Francisco County Superior Court, California (Ret.)
- Chief Justice Conrad L. Mallett Jr., Michigan Supreme Court (Ret.)
- Judge Victoria S. Marks, Hawaii First Circuit Court (Ret.)
- Justice Mary Anne Mason, Illinois Appellate Court, First District (Ret.)
- Chief Justice Mike McGrath, Montana Supreme Court (Ret.)
- Justice James F. McHugh, Massachusetts Appeals Court (Ret.)
- Judge Kevin McKenney, Santa Clara County Superior Court, California (Ret.)
- Judge Robert Mello, Addison County Superior Court, Vermont (Ret.)
- Judge Christopher Melly, Clallam County Superior Court, Washington (Ret.)
- Judge Peter Michalski, Anchorage Superior Court, Alaska (Ret.)
- Judge Rita Miller, Los Angeles Superior Court, California (Ret.)
- Judge David Minge, Minnesota Court of Appeals (Ret.)
- Judge Walter M. Morris, Jr., Orleans County Superior Court, Vermont (Ret.)
- Judge John M. Mott, Superior Court of the District of Columbia (Ret.)
- Justice James C. Nelson, Montana Supreme Court (Ret.)
- Judge Peggy J. Nelson, Eighth Judicial District Court of New Mexico (Ret.)

- Judge Leslie C. Nichols, Santa Clara County Superior Court, California (Ret.)
- Judge Rita M. Novak, Cook County Circuit Court, Illinois (Ret.)
- Chief Justice Lawton R. Nuss, Kansas Supreme Court (Ret.)
- Justice Michael J. Obus, New York County Supreme Court (Ret.)
- Chief Justice Maureen O'Connor, Supreme Court of Ohio (Ret.)
- Associate Justice Robert F. Orr, North Carolina Supreme Court (Ret.)
- Judge Gary Oxenhandler, 13th Circuit Court, Missouri (Ret.)
- Judge Philip M. Pallenberg, Juneau Superior Court, Alaska (Ret.)
- Chief Justice Barbara J. Pariente, Florida Supreme Court (Ret.)
- Judge Lynn Pickard, New Mexico Court of Appeals (Ret.)
- Judge Maurice Portley, Arizona Court of Appeals (Ret.)
- Judge Jeffrey M. Ramsdell, King County Superior Court, Washington (Ret.)
- Judge Judith H. Ramseyer, King County Superior Court, Washington (Ret.)
- Chief Justice Mark Recktenwald, Hawaii Supreme Court (Ret.)
- Judge John Reese, Anchorage Superior Court, Alaska (Ret.)
- Justice Rosalyn Richter, New York State Appellate Division, First Department (Ret.)
- Judge Palmer Robinson, King County Superior Court, Washington (Ret.)
- Judge Erik Rohrer, Clallam County Superior Court, Washington (Ret.)
- Judge John Romero, New Mexico Second Judicial District Court (Ret.)
- Judge David A. Rosen, Los Angeles Superior Court, California (Ret.)
- Judge Carol Schapira, King County Superior Court, Washington (Ret.)
- Judge Barry C. Schneider, Maricopa County Superior Court, Arizona (Ret.)
- Judge Richard L. Seabolt, Alameda County Superior Court, California (Ret.)
- Judge Catherine Shaffer, King County Superior Court, Washington (Ret.)
- Judge Nan R. Shuker, Superior Court of the District of Columbia (Ret.)

- Administrative Judge Jacqueline Silbermann, New York County Supreme Court, Civil Branch (Ret.)
- Associate Justice Sheila Sonenshine, California Court of Appeal (Ret.)
- Judge Michael Spearman, Washington Court of Appeals (Ret.)
- Judge Julie Spector, King County Superior Court, Washington (Ret.)
- Chief Justice Laura Denvir Stith, Supreme Court of Missouri (Ret.)
- Judge Diana I. Stuart, Multnomah County Circuit Court, Oregon (Ret.)
- Judge Paul Suzuki, Los Angeles Superior Court, California (Ret.)
- Judge Jeffrey Swartz, Miami-Dade County Court, Florida (Ret.)
- Judge Sen Tan, Anchorage Superior Court, Alaska (Ret.)
- Judge Philip E. Toci, Arizona Court of Appeals (Ret.)
- Judge Michael J. Trickey, Washington Court of Appeals (Ret.)
- Judge Kitty-Ann van Doorninck, Pierce County Superior Court, Washington (Ret.)
- Judge Emily E. Vasquez, Sacramento County Superior Court, California (Ret.)
- Judge Art Wang, Washington Court of Appeals (Ret.)
- Chief Justice Daniel E. Wathen, Maine Supreme Judicial Court (Ret.)
- Judge Larry Weeks, Juneau Superior Court, Alaska (Ret.)
- Judge John P. Wesley, Windham County Superior Court, Vermont (Ret.)
- Judge Ken Williams, Clallam County Superior Court, Washington (Ret.)
- Judge Jeffrey K. Winikow, Los Angeles Superior Court, California (Ret.)
- Chief Justice Michael A. Wolff, Supreme Court of Missouri (Ret.)
- Judge Beverly Wood, Marin County Superior Court, California (Ret.)
- Judge Merri Souther Wyatt, Multnomah County Circuit Court, Oregon (Ret.)

## International

- Judge Patricia Whalen, War Crimes Chamber, Court of Bosnia and Herzegovina (Ret.)

**CONCLUSION**

For the foregoing reasons, Movants respectfully request that the Court invite

them to file the accompanying amici curiae brief.

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE#15180
Washington. D.C. 20003
(202) 594-9958
norman@democracydefenders.org

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the requirements of Fed. R. App. P. 27(d) because it has been prepared in 14-point Times New Roman, a proportionally spaced font. I further certify that this response complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 1,962 words according to the count of Microsoft Word.

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE#15180
Washington. D.C. 20003
(202) 594-9958
norman@democracydefenders.org

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on May 12, 2026. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

*/s/ Norman L. Eisen*
Norman L. Eisen
Stephen A. Jonas
Joshua G. Kolb
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE#15180
Washington. D.C. 20003
(202) 594-9958
norman@democracydefenders.org