# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** In re DONALD J. TRUMP, et al.

**v.**

**Case No:** 25-5452

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| PAMELA J. BONDI | U.S. IMMIGRATION & CUSTOMS ENFORC. |
| KRISTI L. NOEM | MARCO A. RUBIO |
| U.S. DEP'T OF HOMELAND SECURITY | U.S. STATE DEPARTMENT |
| MADISON SHEAHAN | DONALD J. TRUMP |

### Counsel Information

Lead Counsel: Derek Weiss

Direct Phone: ( 202 ) 616-5365  Fax: (____) _____  Email: Derek.L.Weiss@usdoj.gov

2nd Counsel: Mark R. Freeman

Direct Phone: ( 202 ) 514-5714  Fax: (____) _____  Email: Mark.Freeman2@usdoj.gov

3rd Counsel:

Direct Phone: (____) _____  Fax: (____) _____  Email:

Firm Name: United States Department of Justice

Firm Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Firm Phone: (____) _____  Fax: (____) _____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

**Additional Represented Parties**

PETER B. HEGSETH

U.S. DEPARTMENT OF DEFENSE