**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| IN RE DONALD TRUMP, *et al.*,<br><br>Petitioners | No. 25-5452 |

# NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the undersigned, who previously appeared as counsel for the government, is ending his tenure at the U.S. Department of Justice and will no longer serve as counsel in this matter. The government will continue to be represented by the other attorneys who have entered appearances.

Respectfully submitted,

*/s/ Jacob Moshe Roth*
JACOB MOSHE ROTH

AUGUST 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All other counsel are filing users who will be served by the Notice of Docket Activity.

*/s/ Jacob Moshe Roth*
JACOB MOSHE ROTH