**Case No. 25-5452**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

In re DONALD J. TRUMP, in his official capacity, et al.,

Petitioners.

On Petition for a Writ of Mandamus
to the United States District Court for the District of Columbia
Case No: 1:25-cv-766-JEB

# NOTICE OF INTENT TO FILE BRIEF OF BIPARTISAN FORMER DEPARTMENT OF JUSTICE OFFICIALS AS *AMICI CURIAE* IN SUPPORT OF RESPONDENTS

Carey R. Dunne
Mark Pomerantz
Mónica Folch
Stephen Cha-Kim
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP, INC.
266 West 37th Street, 20th Floor
New York, NY 10018
Telephone: (646) 434-8604

Joseph T. Baio
JOSEPH T. BAIO LLC
240 Centre Street
New York, NY 10013
Telephone: (914) 523-2255

## NOTICE OF INTENT

Pursuant to District of Columbia Circuit Rule 29(b) and Section IX(A)(4) of the Court's *Handbook of Practice and Internal Procedures*, former Department of Justice officials Donald B. Ayer, Deirdre M. Daly, Murray Dickman, Robert J. Cleary, John Giraudo, Harry Litman, Hon. J. Michael Luttig (Ret.), Hon. John S. Martin Jr. (Ret.), John McKay, Robert Shanks, Stanley Twardy, and Bill Weld hereby notify the Court of their intent to file an *amicus curiae* brief in this case in support of Respondents. All parties have consented to the filing of this brief.

DATED: August 28, 2026

*/s/ Carey R. Dunne*
Carey R. Dunne
Mark Pomerantz
Mónica Folch
Stephen Cha-Kim
Zack Goldberg
Martha Reiser
FREE AND FAIR LITIGATION GROUP, INC.
266 W. 37th St., 20th Floor
New York, NY 10018
Telephone: (646) 434-8604

Joseph T. Baio
JOSEPH T. BAIO LLC
240 Centre Street
New York, NY 10013
Telephone: (914) 523-2255

*Counsel for Bipartisan Former Department of Justice Officials*

**CERTIFICATE OF SERVICE**

I, Carey R. Dunne, certify that on August 28, 2026, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system. A true and correct copy of this notice has been served via the Court's CM/ECF system on all counsel of record.

DATED: August 28, 2026

*<u>/s/ Carey R. Dunne</u>*
Carey R. Dunne