**[EN BANC ARGUMENT SCHEDULED SEPTEMBER 29, 2026]**

**No. 25-5452**

# UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, et al.,

*Petitioner.*

On Petition for a Writ of Mandamus to the United States District Court for the District of Columbia
No. 1:25-cv-00766
The Hon. James E. Boasberg

## UNOPPOSED MOTION FOR LEAVE TO FILE AS AMICI CURIAE BY 6 SENATORS IN SUPPORT OF RESPONDENT

GARY M. GILBERT
CHRISTOPHER H. BONK
ANDREW J. PERLMUTTER
GEOFFREY H. SIMPSON
WILLIAM C. SCHUBERT
GILBERT EMPLOYMENT LAW, P.C.
8403 Colesville Road, Suite 1000
Silver Spring, Maryland 20910
(301) 608-0880
gary-efile@gelawyer.com
cbonk-efile@gelawyer.com
aperlmutter-efile@gelawyer.com
gsimpson-efile@gelawyer.com
wschubert-efile@gelawyer.com

*Counsel for Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(b)(2) and D.C. Circuit Rule 29, 6 United States Senators move for leave to file a brief as amici curae in support of Respondent's request that this Court deny the petition for mandamus. Respondent consents and Petitioner is unopposed to movants filing as amici.

Movants offer the perspective of a co-equal branch of government in a case that presents a question of whether members of the executive branch acted in defiance of an order from a United States District Court. Movant's brief will aid this Court by explaining Congress's interest in the fulfillment of the District Court's inquiry and why concerns of judicial overreach are unfounded, making mandamus an inappropriate remedy here.

Movants collectively represent 6 states. But all segments of the country have a deep interest in its government acting transparently and honestly—and consequently a deep interest in this case. Movants are uniquely positioned to offer the perspective of their constituencies as well as the legislative branch as an institution.

No member of the en banc court will have cause for recusal because of movant's participation as amici.

## MEMBERS OF CONGRESS PARTICIPATING AS AMICI

*United States Senators*

Chris Van Hollen (Md.)

Jeff Merkley (Ore.)

Richard Blumenthal (Conn.)

Cory Booker (N.J.)

Tammy Duckworth (Ill.)

Peter Welch (Vt.)

## CONCLUSION

Movants respectfully request that the Court grant them leave to participate as amici curae.

Respectfully submitted,

Christopher Bonk

______________________________

Gary M. Gilbert, Esq.
Christopher H. Bonk, Esq.
Andrew J. Perlmutter, Esq.
Geoffrey H. Simpson, Esq.
William C. Schubert, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd, Ste. 1000
Silver Spring, MD 20910
Tel: 301-608-0880
Fax: 301-608-0881
Email: gary-efile@gelawyer.com
cbonk-efile@gelawyer.com
aperlmutter-efile@gelawyer.com
gsimpson-efile@gelawyer.com
wschubert-efile@gelawyer.com

*Counsel for amici*

## CERTIFICATE OF COMPLIANCE

This document complies with the Fed. R. App. P. 27(d)(1)(E) because it was prepared using 14-point Century Schoolbook font, which is a proportionally spaced typeface. This document also complies with Fed. R. App. 27(d)(2) because this document was prepared using a computer and contains 278 words.

Respectfully submitted,

*Christopher Bonk*

Gary M. Gilbert, Esq.
Christopher H. Bonk, Esq.
Andrew J. Perlmutter, Esq.
Geoffrey H. Simpson, Esq.
William C. Schubert, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd, Ste. 1000
Silver Spring, MD 20910
Tel: 301-608-0880
Fax: 301-608-0881
Email: gary-efile@gelawyer.com
cbonk-efile@gelawyer.com
aperlmutter-efile@gelawyer.com
gsimpson-efile@gelawyer.com
wschubert-efile@gelawyer.com

*Counsel for amici*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, I electronically filed the foregoing Motion with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system.

Respectfully submitted,

Christopher Bonk
____________________________

Gary M. Gilbert, Esq.
Christopher H. Bonk, Esq.
Andrew J. Perlmutter, Esq.
Geoffrey H. Simpson, Esq.
William C. Schubert, Esq.
Gilbert Employment Law, P.C.
8403 Colesville Rd, Ste. 1000
Silver Spring, MD 20910
Tel: 301-608-0880
Fax: 301-608-0881
Email: gary-efile@gelawyer.com
cbonk-efile@gelawyer.com
aperlmutter-efile@gelawyer.com
gsimpson-efile@gelawyer.com
wschubert-efile@gelawyer.com

*Counsel for amici*