[EN BANC ORAL ARGUMENT SCHEDULED FOR SEPTEMBER 29, 2026]
No. 25-5452

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

IN RE DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY, *et al.*,
*Petitioners*.

On Petition for a Writ of Mandamus to the United States
District Court for the District of Columbia
Case No: 1:25-cv-766-JEB

# NOTICE OF INTENT OF CONSTITUTIONAL ACCOUNTABILITY CENTER TO PARTICIATE AS *AMICUS CURIAE* IN SUPPORT OF RESPONDENTS

Elizabeth B. Wydra
Brianne J. Gorod
Smita Ghosh
CONSTITUTIONAL ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW
Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

**NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE***

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in support of Respondents. All parties have consented to the filing of this brief.

Respectfully submitted,

*/s/ Brianne J. Gorod*

Elizabeth B. Wydra
Brianne J. Gorod
Smita Ghosh
CONSTITUTIONAL
ACCOUNTABILITY CENTER
1730 Rhode Island Ave. NW, Suite 1200
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

Dated: August 28, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2026, I electronically filed the foregoing document using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: August 28, 2026

/s/ Brianne J. Gorod
Brianne J. Gorod