# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** In re DONALD TRUMP et al.

**v.**

**Case No:** 25-5452

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained ◉ Pro Bono ◯ Appointed (CJA/FPD) ◯ Gov't counsel

for the ◯ Appellant(s)/Petitioner(s) ◯ Appellee(s)/Respondent(s) ◯ Intervenor(s) ◉ Amicus Curiae below:

### Party Information

(List each represented party individually - Use an additional blank sheet as necessary)

Human Rights Watch

Cristosal

### Counsel Information

Lead Counsel: Michael Garcia Bochenek

Direct Phone: ( 212 ) 213-1213 Fax: ( ) - Email: bochenm@hrw.org

2nd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

3rd Counsel:

Direct Phone: ( ) - Fax: ( ) - Email:

Firm Name: Human Rights Watch

Firm Address: 350 Fifth Avenue, 34th Floor

Firm Phone: ( 212 ) 290-4700 Fax: ( ) - Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.