**No. 25-5452**

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

In re DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, et al.,
*Petitioners.*

---

On Petition for a Writ of Mandamus to the
United States District Court for the District of Columbia
No. 1:25-cv-00766-JEB
The Hon. James E. Boasberg

---

# BRIEF OF *AMICI CURIAE* HUMAN RIGHTS WATCH AND CRISTOSAL IN SUPPORT OF RESPONDENTS

---

Michael Garcia Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118
bochenm@hrw.org
(212) 212-1213

*Counsel for Amici Curiae*

## CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES

Pursuant to D.C. Circuit Rule 28(a)(1), *amici curiae* certify as follows:

**A. Parties and *Amici***

Except for *amici curiae*, and any other *amici* who had not yet entered an appearance in this case as of the filing of Petitioners' En Banc Opening Brief, all parties, intervenors, and *amici* appearing before the district court and in this court are listed in the Petitioners' En Banc Opening Brief.

**B. Rulings Under Review**

References to the ruling at issue in this case appear in the Petitioners' En Banc Opening Brief.

**C. Related Cases**

All previous or pending appellate proceedings related to this case are listed in the Petitioners' En Banc Opening Brief.

# TABLE OF CONTENTS

CERTIFICATE AS TO PARTIES, RULINGS AND RELATED CASES .................... i

TABLE OF CONTENTS .................................................................................. ii

TABLE OF AUTHORITIES.............................................................................. iv

GLOSSARY ................................................................................................ vii

STATEMENT REGARDING CONSENT TO FILE AND SEPARATE BRIEFING PURSUANT TO CIRCUIT RULE 29 ........................................................... 1

INTEREST OF AMICI CURIAE ........................................................................ 2

CORPORATE DISCLOSURE STATEMENT ........................................................ 3

RULE 29(a)(4)(E) STATEMENT........................................................................ 4

ARGUMENT .................................................................................................. 5

I. CECOT Detainees Suffered Routine and Frequent Beatings .............................. 8

A. Detainees Were Beaten Following Official Visits......................................... 10

B. Detainees Were Beaten as Punishment for Protesting.................................... 12

C. Detainees Were Beaten as Punishment for Breaking Prison Rules ................ 13

II. Guards Inflicted Sexual Violence on Prisoners ................................................ 15

III. Detainees Suffered Psychological Harm ....................................................... 16

IV. CECOT Detainees Suffered Cruel, Inhumane, and Degrading Treatment..... 17

A. Detainees Were in Incommunicado Detention ............................................. 17

B. Detainees Were Denied Basic Needs ........................................................... 17

C. Detainees Were Denied Access to Adequate Healthcare ............................... 18

D. Detainees Were in Near-Total Confinement ................................................. 18

V. Torture and Other Ill-Treatment Were Predictable Outcomes of the Detainees' Transfer to CECOT ........................................................................ 19

A. El Salvador Officials' Statements Prior to March 2025 Point to the Systematic Nature of Abuse ........................................................................ 19

B. Third Parties Reported on Conditions at CECOT Prior To March 2025 ....... 24

C. The U.S. Government Knew or Should Have Known of Abusive Conditions in El Salvador's Detention Centers, Including CECOT ....................................... 26

CONCLUSION ....................................................................................... 28

CERTIFICATE OF COMPLIANCE ............................................................ 30

CERTIFICATE OF SERVICE ................................................................... 31

# TABLE OF AUTHORITIES

**Page(s)**

**Federal Cases**

*Trump v. J.G.G.*,
604 U.S. 670, 2025 WL 1272523 (Sotomayor, J., dissenting) (slip op. ) ..........26

**Other Authorities**

Christine Murray and Alan Smith, *Inside El Salvador's mega-prison: the jail giving inmates less space than livestock,* THE FINANCIAL TIMES, (Mar. 6, 2025) ..........25

*El Salvador – Level 1: Exercise Normal Precautions*, U.S. Embassy in El Salvador (Apr. 8, 2025) ..........28

HUMAN RIGHTS WATCH & CRISTSOAL, "WE CAN ARREST ANYONE WE WANT": WIDESPREAD HUMAN RIGHTS VIOLATIONS UNDER EL SALVADOR'S "STATE OF EMERGENCY" (2022) ..........2

HUMAN RIGHTS WATCH, "YOUR CHILD DOES NOT EXIST HERE": HUMAN RIGHTS ABUSES AGAINST CHILDREN UNDER EL SALVADOR'S STATE OF EMERGENCY (2024) ..........2

HUMAN RIGHTS WATCH & CRISTOSAL, "YOU HAVE ARRIVED IN HELL": TORTURE AND OTHER ABUSES AGAINST VENEZUELANS IN EL SALVADOR'S MEGA PRISON (2025) ..........2, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 24

LETICIA CHACON, CONG. RSCH. SERV., EL SALVADOR'S STATE OF EXCEPTION AND U.S. INTERESTS, (2025) ..........28

Letter from John Ossoff, U.S. Senator, to Marco Rubio, Sec'y of State, U.S. Dep't of State (Feb. 10, 2025) ..........26

LUSITO COMUNICA, *Life as a prisoner in world's most strict jail: El Salvador CECOT* (YouTube, Feb. 7, 2024)........................................................26

Maham Javaid, *Videos Offer a Glimpse into Bukele's Prisons and the Fate of U.S. Deportees*, WASH. POST (Mar. 18, 2025) ..................................................8

Nayib Bukele (@nayibbukele), X (Apr. 2, 2022 at 11:25 PM) ..............................23

Nayib Bukele (@nayibbukele), X (Apr. 25, 2020 at 1:26 AM)..............................20

Nayib Bukele (@nayibbukele), X (Apr. 27, 2020 at 4:55 PM) ..............................20

Nayib Bukele (@nayibbukele), X (June 29, 2019 at 10:44 PM) ............................20

Nayib Bukele (@nayibbukele), X (Mar. 16, 2025 at 8:13 AM) ...............................8

Nayib Bukele (@nayibbukele), X (Mar. 2, 2020 at 10:46 PM)........................20, 21

Nayib Bukele (@nayibbukele), X (Mar. 27, 2022 at 11:03 PM)............................22

Nayib Bukele (@nayibbukele), X (Mar. 27, 2022 at 11:26 AM) ...........................20

Nayib Bukele (@nayibbukele), X (Mar. 28, 2022 at 4:36 PM)..............................22

Nayib Bukele (@nayibbukele), X (Mar. 31, 2022 at 9:59 AM) .............................22

Nayib Bukele (@nayibbukele), X (May 21, 2021 at 9:07 PM) ..............................21

Nelson Renteria, Brendan O'Boyle & Raul Cortes, *What Is El Salvador's Mega Prison That Could Take U.S. Criminals?*, REUTERS (Feb. 4, 2025) ........25

*'No Way Out': Grim Conditions in El Salvador's Mega Prison for Gangs*, FRANCE 24 (Jan. 28, 2025) ..........................................................................25

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 1, 2022 at 9:52 PM)...................22

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 2, 2022 at 11:42 AM) ................22

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 27, 2020 at 2:40 AM) ..........20, 21

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 28, 2020 at 4:56 PM).................22

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 4, 2022 at 5:10 PM)...................23

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 4, 2022 at 8:57 AM) ..................23

Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 5, 2022 at 12:28 PM).................23

Osiris Luna Meza (@OsirisLunaMeza), X (Feb. 27, 2023 at 9:50 PM).................22

Osiris Luna Meza (@OsirisLunaMeza), X (June 30, 2019 at 11:03 PM)...............20

Osiris Luna Meza (@OsirisLunaMeza), X (June 7, 2020 at 2:30 PM)...................21

Osiris Luna Meza (@OsirisLunaMeza), X (Mar. 2, 2020 at 10:51 PM) ................20

Osiris Luna Meza (@OsirisLunaMeza), X (Mar. 27, 2022 at 11:31 AM).............20

Osiris Luna Meza (@OsirisLunaMeza), X (Mar. 31, 2022 at 10:51 PM) .............23

Osiris Luna Meza (@OsirisLunaMeza), X (Nov. 15, 2021 at 5:21 PM)................21

Osiris Luna Meza (@OsirisLunaMeza), X (Nov. 15, 2021 at 7:32 PM)................21

Osiris Luna Meza (@OsirisLunaMeza), X (Sept. 4, 2020 at 10:46 AM) ...............21

Penales SV (@PenalesSV), X (July 18, 2019 at 11:48 PM)...................................21

PenalesSV (@PenalesSV), X (Apr. 2, 2022 at 8:59 PM) .......................................23

PenalesSV (@PenalesSV), X (Apr. 4, 2022 at 9:14 AM) .......................................23

PenalesSV (@PenalesSV), X (July 23, 2022 at 1:16 PM) .....................................21

PenalesSV (@PenalesSV), X (Mar. 28, 2022 at 5:14 PM) ....................................23

Philip Holsinger, *What the Venezuelans Deported to El Salvador Experienced,* TIME (Mar. 21, 2025) ..................................................................8

Press Release, U.S. Dep't of the Treasury, *Treasury Targets Corruption Networks Linked to Transnational Organized Crime* (Dec. 8, 2021) ................24

Special Envoy Kristi Noem (@EnvoyNoem), X (Mar. 26, 2025 at 7:08 PM) .......11

*Travel Advisory: El Salvador*, U.S. State Dep't (Feb. 7, 2025) ..............................27

*Travel Advisory: El Salvador*, U.S. State Dep't (Nov. 8, 2024) .............................27

Ulrike Schulze, *Inside El Salvador's Maximum Security Prison*, DEUTSCHE WELLE (Jan. 31, 2025) ..........................................................................7

*Updated to Reflect a Shift to Level 2 Due to Changes in Crime*, U.S. Embassy in El Salvador (Nov. 8, 2024) ...........................................................27

# GLOSSARY

| | |
|---|---|
| CECOT | Center for Terrorism Confinement (Centro de Confinamiento al Terrorismo), El Salvador |
| HRW | Human Rights Watch |
| IACHR | Inter-American Commission of Human Rights |
| ICRC | International Committee of the Red Cross |
| OAS | Organization of American States |

**STATEMENT REGARDING CONSENT TO FILE AND SEPARATE BRIEFING PURSUANT TO CIRCUIT RULE 29**

Pursuant to D.C. Circuit Rule 29(b), *amici curiae* Human Rights Watch and Cristosal certify that all parties have consented to the filing of this brief.

Pursuant to D.C. Circuit Rule 29(d), *amici* certify that a separate brief is necessary to provide the Court with deeper context regarding the experiences of individuals the Government removed to a Salvadoran prison in March 2025, based on interviews conducted by *amici*. Because *amici* are not aware of any other *amicus* brief addressing these issues, *amici* certify pursuant to D.C. Circuit Rule 29(d) that joinder in a single brief with other *amici* would be impracticable.

*/s/ Michael Garcia Bochenek*
Michael Garcia Bochenek

## INTEREST OF AMICI CURIAE

Human Rights Watch is a non-profit, non-partisan organization established in 1978 that investigates and reports on violations of fundamental human rights in over 100 countries worldwide with the goal of securing the respect of these rights for all persons. It has regularly reported on human rights violations in El Salvador and other countries to which the United States has removed or expelled people who are not citizens of those countries.[1] Human Rights Watch has filed amicus briefs before the U.S. Supreme Court, U.S. courts of appeal, and other courts.

Cristosal is a human rights organization founded in El Salvador in 2000 that defends human rights, supports victims of state and gang violence, and promotes democratic rule.

*/s/ Michael Garcia Bochenek*
Michael Garcia Bochenek

---

[1] *See, e.g.*, HUMAN RIGHTS WATCH ("HRW") & CRISTOSAL, "YOU HAVE ARRIVED IN HELL": TORTURE AND OTHER ABUSES AGAINST VENEZUELANS IN EL SALAVADOR'S MEGA PRISON (2025), https://www.hrw.org/report/2025/11/12/you-have-arrived-in-hell/torture-and-other-abuses-against-venezuelans-in-el; HRW, "YOUR CHILD DOES NOT EXIST HERE": HUMAN RIGHTS ABUSES AGAINST CHILDREN UNDER EL SALVADOR'S STATE OF EMERGENCY (2024), https://www.hrw.org/report/2024/07/16/your-child-does-not-exist-here/human-rights-abuses-against-children-under-el; HRW & CRISTSOAL, "WE CAN ARREST ANYONE WE WANT": WIDESPREAD HUMAN RIGHTS VIOLATIONS UNDER EL SALVADOR'S "STATE OF EMERGENCY" (2022), https://www.hrw.org/report/2022/12/07/we-can-arrest-anyone-we-want/widespread-human-rights-violations-under-el.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, *amici curiae* Human Rights Watch and Cristosal state that they are non-profit organizations that have no parent corporation and that no publicly held corporation owns 10% or more of their stock or any ownership interest in them.

*/s/ Michael Garcia Bochenek*
Michael Garcia Bochenek

**RULE 29(a)(4)(E) STATEMENT**

Pursuant to Rule 29(a)(4)(E) of the Federal Rules of Appellate Procedure, *amici curiae* state that no party's counsel authored this brief in whole or in part; that no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and that no person other than *amici curiae*, their members, or their counsel contributed money that was intended to fund preparing or submitting the brief.

*/s/ Michael Garcia Bochenek*
Michael Garcia Bochenek

## ARGUMENT

Petitioners have asked this Court to prohibit the district court from conducting investigatory hearings into whether the Government willfully violated the March 15, 2025 orders in *J.G.G. v. Trump*. *See* OB.6–7. Human Rights Watch and Cristosal submit this brief to provide the Court with critical factual context about the consequences of the Government's decision to violate the district court's order, based on interviews Human Rights Watch conducted of 40 Venezuelan migrants whom the Trump administration transferred to El Salvador's Center for Terrorism Confinement (Centro de Confinamiento del Terrorismo, "CECOT"), and of another 150 people with credible knowledge of the experiences of the detainees. Human Rights Watch's findings are further documented in the report it published jointly with Cristosal in November 2025: "YOU HAVE ARRIVED IN HELL," TORTURE AND OTHER ABUSES AGAINST VENEZUELANS IN EL SALVADOR'S MEGA PRISON ("HRW & Cristosal Report") (publicly available at https://www.hrw.org/report/2025/11/12/you-have-arrived-in-hell/torture-and-other-abuses-against-venezuelans-in-el).

In March 2025, the U.S. government invoked the Alien Enemies Act to send 137 Venezuelans, including Plaintiffs in this case, to CECOT, a mega-prison located in Tecoluca, El Salvador. The Government accused most of these people of being members of Tren de Aragua, a Venezuelan organized crime group that the U.S.

designated as a foreign terrorist organization in February 2025. In reality, many of those sent from the U.S. to CECOT had fled threats, abuses, or persecution by Venezuelan state security forces as well as threats posed by armed and criminal groups, including Tren de Aragua itself. HRW & Cristosal Report, at 32. Upon learning that the planes were already in the air on the way to El Salvador, on March 15, 2025, U.S. District Judge James Boasberg ordered the government to take all available steps to facilitate the return of the men being transported. *J.G.G. v. Trump*, No. 1:25-cv-00766 (D.D.C. filed Mar. 15, 2025), Tr. at 43. The Government did not comply, and the planes continued to El Salvador, where the men were subjected to constant beatings and other forms of ill-treatment, many abuses that constitute torture, at the notorious CECOT prison.

U.S. officials knew or should have known that the people it transferred to El Salvador were likely to be tortured and to face other serious human rights violations. In February 2023, after CECOT was opened, Salvadoran government officials publicly stated their intent to subject CECOT prisoners to permanent confinement and death: Justice and Public Security Minister Gustavo Villatoro declared that "none of those who enter CECOT [will] ever walk out; they will only be able to leave in a coffin." HRW & Cristosal Report, at 30. CECOT's own prison director, Belarmino Garcia, echoed this stance in January 2025, describing the inmates as "psychopaths who will be difficult to rehabilitate" and confirming that they are held

"in a maximum security prison that they will never leave." Ulrike Schulze, *Inside El Salvador's Maximum Security Prison*, DEUTSCHE WELLE (Jan. 31, 2025), https://www.dw.com/en/inside-el-salvadors-maximum-security-prison/g-71465456. International authorities and human rights groups, including *amici*, have for years reported on the severe human rights abuses to which authorities subject detainees in El Salvador's prisons. *See* HRW & Cristosal, "You Have Arrived in Hell," at 26–27; Goebertus Decl., *J.G.G. v. Trump*, No. 1:25-cv-00766-JEB (D.D.C. filed Mar. 19, 2025), ECF No. 44-3.

The representative accounts of former detainees included in this brief reveal a mega-prison systematically designed to degrade, punish, and silence those held within its walls. Detainees were subject to regular physical, psychological and verbal abuse, including beatings, forced nudity, and other forms of ill-treatment, and deplorable conditions, such as prolonged incommunicado detention, unsanitary conditions, and inadequate food and health care. This treatment amounts to cruel, inhumane, degrading treatment and, in many cases, torture under international human rights law. In some cases, detainees were also subjected to sexual violence. HRW & CRISTOSAL, "YOU HAVE ARRIVED IN HELL," at 72. The following stories reveal that the individuals the U.S. Government sent to CECOT faced cruel and unusual punishment.

*Amici*'s findings reflect the human cost of the Government's flagrant

disregard for the district court's order.

## I. CECOT Detainees Suffered Routine and Frequent Beatings

Venezuelans sent from the United States to El Salvador in March 2025 told *amici* that Salvadoran police physically abused them immediately upon their arrival in El Salvador. On March 16, 2025, El Salvadoran President Nayib Bukele posted a video on the platform X of prisoners arriving to CECOT, which was viewed more than 21 million times in 48 hours. Maham Javaid, *Videos Offer a Glimpse into Bukele's Prisons and the Fate of U.S. Deportees*, WASH. POST (Mar. 18, 2025), https://www.washingtonpost.com/world/2025/03/18/bukele-prison-system-human-rights-trump/. The video depicts multiple soldiers and police in riot gear grip prisoners, push their heads down, and force them off of their arrival planes. Nayib Bukele (@nayibbukele), X (Mar. 16, 2025, 8:13 AM), https://x.com/nayibbukele/status/1901245427216978290?s=20. Once at the prison, detainees are forced to their knees and their heads are forcibly shaven. HRW & CRISTOSAL, "YOU HAVE ARRIVED IN HELL," at 72; *see also* Philip Holsinger, *What the Venezuelans Deported to El Salvador Experienced,* TIME (Mar. 21, 2025), https://time.com/7269604/el-salvador-photos-venezuelan-detainees/.

Detainees were punched in the stomach, kicked, and struck with batons as they were forced off the planes and onto buses bound for CECOT. HRW & CRISTOSAL, "YOU HAVE ARRIVED IN HELL," at 51–52. They were forced to then run

a gauntlet of prison guards who beat them with batons and fists, and kicked them as they entered the prison. *Id.* at 52. Prisoners who fell were forced back to their feet and beaten even more severely. *Id.* Upon arrival, the CECOT director told detainees: "Welcome to my prison . . . You are here as convicts . . . The only way out of here [is] in a black bag." *Id.* at 53. Another former detainee recalled the director stating: "You have arrived in hell. Here you will spend the rest of your lives." *Id.* at 49.

When Marco P., a 25-year-old construction worker from Caracas, Venezuela, got off the plane, he fell because he could not walk properly and officers shouted "hit him, hit him" until one of them picked him up, pushed him against the bus, and hit him on the head. *Id.* at 53. Tirso Z., a 37-year-old Venezuelan carpenter said that after landing in El Salvador, officers pushed him down the stairs of the plane and put him on a bus, where they punched him in the nose, causing it to bleed. *Id.* at 53. At the entrance of CECOT, he and the other detainees were taken off the bus and forced to kneel as other detainees shaved their heads, and officers took off their handcuffs, told them to get naked, and beat them with batons on their backs, legs, and feet. *Id.* "When they put the handcuffs back on," he said, "they stood on top of us to hurt our feet. One of the officers hit me with the baton on my back and I fell to the floor." *Id.* Julián G. reported that an officer said, "Bukele really loves us, he sent us more than 150 gang members to torture." *Id.* at 52. Between being taken off

the plane and arriving at CECOT, Julián was struck multiple times by guards. *Id*. When he began hopping on one foot due to an injury to his other foot, the guards just beat him more. *Id*. When he walked into Module 8, Julián heard screams and saw traces of blood on the floor, and a man convulsing. *Id.*

Routine beatings were most frequently carried out during daily cell searches. Several individuals held in CECOT said that during these searches, guards stormed into the module, forced prisoners to line up, handcuffed them, and took them into the hallway, where they were made to kneel with their hands cuffed behind their heads in what guards called "search position." *Id.* at 64–65. Once in this position, they were beaten with batons, fists, and kicks. *Id.* Leonel H. explained: "[s]ometimes they really did a search, but other times they just took us out to beat us for no reason." *Id.* Prisoners were also routinely taken to "the Island," a cluster of punishment cells approximately 3 by 4 meters in size, where they were held for periods ranging from four hours to three days. *Id.* at 50. While confined there, they were beaten multiple times and denied access to food, water, and medicine. *Id*.

### A. Detainees Were Beaten Following Official Visits

Prisoners reported that beatings would cease only in the days leading up to an official visit and during the week before their release and transfer back to Venezuela. *Id.* at 65.

During then-U.S. Secretary of Homeland Security Kristi Noem's visit to

CECOT on March 26, 2025, prisoners began to chant "freedom, freedom" and "we are migrants, not terrorists." *Id.* at 55. Approximately 30 minutes after Noem's departure, guards entered the module, beat those who had shouted, and restricted their access to water and food for the rest of the day. *Id.* "They took us out of the cell two or three at a time," said Wilson L., a 35-year-old man from Aragua State, Venezuela. *Id.* "We were kneeling in search position there in the hallway and they beat us hard." *Id.* Human Rights Watch and Cristosal reviewed photos of Wilson's injuries, which a forensic expert confirmed were consistent with his description of the events. *Id.* at 55–56. Guards took away their food for two days and forbade them to bathe for four or five days. *Id.* at 56. Tirso Z. recalled: "They took away our toothbrushes, soap, and toothpaste that they had given us before the visit." *Id.* On March 26, 2025, then-Secretary Noem published a video of her visit to CECOT. Special Envoy Kristi Noem (@EnvoyNoem), X (Mar. 26, 2025 at 7:08 PM), https://x.com/EnvoyNoem/status/1905034256826408982. Ten former detainees told Human Rights Watch that the cell shown in the video was not in their module. HRW & CRISTOSAL, "YOU HAVE ARRIVED IN HELL," at 56.

After visits by the International Committee of the Red Cross ("ICRC") in May and June 2025, 32 of the 40 detainees interviewed by Human Rights Watch were severely beaten. Officers justified the beatings on the ground that prisoners had reported abuses to the Red Cross. *Id.* at 58.

Leopoldo R. recalled that he was taken to "the Island" the day after speaking with the ICRC. *Id.* at 59. Two guards shackled his wrists and ankles, dragged him out, forced him to kneel facing a wall, and one of them stepped on the shackles around his feet, causing excruciating pain. "The pain was unbearable; I nearly fainted from the beating," he said. *Id.*

Félix D., a 27-year-old man from Táchira State, Venezuela, participated in a small group meeting with ICRC staff and five other detainees. *Id.* at 58. He believed that the guards were likely able to listen to this meeting from a distance. *Id.* "There were many guards present. During the interview, we told the official everything that had happened to us—the beatings and more," he said. *Id.* "After the interview, in the afternoon they came to take us out of the cell for a search and beat us again, telling us it was because we had told the Red Cross about the beatings. [] They only beat me that same afternoon, but some of my cellmates were beaten throughout the following week." *Id.*

**B. Detainees Were Beaten as Punishment for Protesting**

In early April, a prisoner was beaten and had pepper spray sprayed into his mouth, causing him to lose consciousness. *Id.* at 59. His fellow prisoners, some of whom believed he had died, staged a protest. *Id.* Prison guards then fired rubber pellets at close range, approximately two meters, and beat all prisoners they identified as having participated. *Id.* at 60.

In early May, prisoners staged a hunger strike to end the beatings. *Id.* A senior member of the Salvadoran government visited CECOT and assured prisoners that if they ended the hunger strike, the beatings would cease. *Id.* The strike ended, but the beatings continued. *Id.*

In mid-May, two cellmates were severely beaten during a cell search. *Id.* at 61. This sparked another protest, which led to firing of rubber pellets at close range. *Id.* at 61–62. Julián G. described the firing as "indiscriminate," and forensic experts who reviewed photographs of resulting wounds concluded that the scars' persistence several months later suggested the rubber bullets were fired at close range. *Id.* at 62–63.

Over the next five days after the protest, guards took Javier L. to "the Island" twelve separate times to punish him. *Id.* at 63. They "threw" him into "the Island." *Id.* at 64. "Then they made me kneel down and punched and kicked me all over my body." *Id.* The following morning, officers took him to "the Island" again to beat him. *Id.* They beat him with a baton on his face and broke one of his teeth. *Id.* He recalls passing out and that when he regained consciousness, his face was covered in blood. *Id.* Javier shared with Human Rights Watch a photo of his mouth, which a forensic expert said was consistent with his description of the beatings. *Id.*

### C. Detainees Were Beaten as Punishment for Breaking Prison Rules

Prisoners were subject to a regimented schedule, and any deviation could

result in severe punishment. *Id.* at 66. Guillermo T. reported being beaten and locked in "the Island" for approximately six hours because he bathed at the wrong time. *Id.*

Guards imposed collective punishment, beating all cellmates when a single detainee was accused of breaking a rule. *Id.* at 69. Rigoberto F. told Human Rights Watch that he was punished along with all his cellmates because one of them made noise: "One day, a cellmate made a lot of noise. They took all of us out because of him—we all paid for one person. They handcuffed us, forced us to kneel, stepped on our heels, and beat us with their knees and batons." *Id.*

Leonel H. said he was taken to "the Island" three times—once for singing, and twice for showering outside of designated hours. *Id.* at 68. He told Human Rights Watch that all three times they beat him in the chest, back, stomach, and feet, for between 10 and 15 minutes, and then left him locked in "the Island"—twice for around 6 hours and once for 12 hours. *Id.* at 68–69. He reported that one of the beatings caused an eye injury that affected his eyesight. *Id.* at 69.

Prisoners were denied medical treatment and beaten for requesting it. After asking for medical attention for days for sharp pain in both his ears, Carlos J. was taken to the infirmary and medical staff told him he had an infection and pus in both ears. *Id*. He reported that he was not given any medication or antibiotics. *Id*. After returning to his cell, he continued to ask officers for medication. *Id*. Four guards

took him out of the cell, brought him to the hallway and beat him for several minutes in the back, stomach, and legs. *Id*. They hit him with handcuffs and batons, and kicked and punched him in the chest. He recalled, "[t]hey beat me until I vomited blood." *Id*. Officers locked him in a punishment cell for three days. *Id*. Mateo R. recounted being beaten with fists, bludgeoned with batons, and handcuffed to the cell bars for approximately two hours after requesting treatment for stomach pain. *Id.*

## II. Guards Inflicted Sexual Violence on Prisoners

Three former detainees reported being subjected to sexual violence, with one noting that such abuse was more common than reported, as victims were unlikely to speak about these experiences due to stigma. *Id.* at 70. Mario J. described being taken to "the Island," where four guards sexually abused him with batons, forced him to perform oral sex, groped him, and directed homophobic slurs at him. *Id*. Nicolás J. reported that during repeated beatings, guards grabbed his genitals and made sexually degrading comments, adding: "They did this to several of us. [] I don't think the others will tell you that because it's very intimate and embarrassing." *Id.* at 71.

Leonel H. described being repeatedly beaten and sexually harassed while held in CECOT. *Id.* at 70. When he arrived at the prison and officers ordered him to strip naked, they noticed he had a form of genital modification. *Id.* Guards repeatedly

took him out of his cell and forced him to strip naked to show the modification to other guards. *Id.* at 70–71. When he refused, guards beat him. "The[y] beat me a lot for that," he said. *Id.* at 71.

### III. Detainees Suffered Psychological Harm

Former detainees went on to endure psychological abuse from guards who berated them saying they would "never leave alive," that "no one knew they were there," and that "their families had abandoned them." *Id.* at 71. Four detainees reported experiencing suicidal thoughts, and at least one attempted suicide. *Id.* Julián G. described the agony of not knowing his fate or whether the guards' threats of lifelong imprisonment were true, calling it "psychological torture." *Id.* Many continue to suffer lasting psychological trauma. One former detainee explained: "I'm on alert all the time because every time I heard the sound of keys and handcuffs, it meant they were coming to beat us." *Id.* at 4. Mateo R. said: "I am psychologically affected, sometimes I can't sleep, I wake up anxious, sweaty and feeling very bad, sometimes I feel depressed, stressed. I need psychological support." *Id.* at 79. Javier L. said he is depressed and feels psychologically abused: "I feel like I've lost everything . . . the time I didn't spend with my daughter. We lived in fear, thinking that every time they came into the module it was to beat us." *Id.* Ángel N. hardly ever leaves the house out of fear: "I can't sleep, I'm worried about my health, I live in fear, I feel physically ill, my back hurts . . . I would like to receive psychological

care." *Id.* at 80.

## IV. CECOT Detainees Suffered Cruel, Inhumane, and Degrading Treatment

### A. Detainees Were in Incommunicado Detention

Furthermore, former detainees were held without access to legal counsel or contact with the outside world. *Id.* at 72. Despite repeated requests, guards never allowed phone calls to relatives or lawyers. *Id.* Detainees were forbidden from speaking to people in other cells and were often restricted to whispering even within their own cells. *Id.* at 73.

### B. Detainees Were Denied Basic Needs

Julián G. described the conditions as "horrific." *Id.* at 73. The floors were black and sticky with mold, the toilets were filthy, there was a constant stench of urine, and the water tanks used for both bathing and drinking were yellow and contained worms. *Id.* Detainees received no bedding or hygiene items upon arrival and were given only a small weekly ration of powdered soap for all purposes. *Id.* Cells had no windows, were illuminated by artificial light 24 hours a day, and lacked ventilation. *Id.* at 74. Metal bunks became unbearably hot during the day and freezing cold at night. *Id.* at 75.

Interviewees described grossly inadequate food; including small portions, poor quality, sometimes raw or undercooked, and the same monotonous diet repeated throughout detention. *Id.* at 75. Javier L. said: "For breakfast we got beans

with a tortilla, sometimes a small cookie with cream, and a coffee-like drink with a little sugar. At lunch, they gave us rice with pasta, two tortillas, and a boxed juice—nothing else . . . We were all left hungry. For dinner, we got beans with a tortilla and a juice again. That's how it was the whole time." *Id.* At other times, guards withheld food and water entirely as punishment. *Id.*

**C. Detainees Were Denied Access to Adequate Healthcare**

Thirty-seven of the 40 interviewed detainees reported becoming ill at CECOT. *Id.* at 76. Guards routinely ignored requests for medical attention, forcing detainees to wait one to three days before being taken to the infirmary, where staff conducted only cursory examinations and at most administered sleeping pills or painkillers. *Id.* Nine detainees arrived with preexisting conditions and ongoing treatment from US detention facilities; upon arrival at CECOT, authorities discontinued their treatment or administered it improperly. *Id.* Nicolás J., who suffers from a sleep disorder, was taking clonidine as treatment before his detention in CECOT. *Id.* He asked guards almost daily to see a doctor for his medication, but the doctor never gave it to him. *Id.* Thirty-one former detainees reported receiving no medication at all; instead the staff simply advised them to drink more water. *Id.* at 77.

**D. Detainees Were in Near-Total Confinement**

While imprisoned at CECOT, detainees remained locked inside their cells, were never allowed outdoors, and were only occasionally permitted to step into the

module corridor. *Id.* at 77. Julián G. described the sole recreational opportunity as a single 10-minute soccer game in the corridor, played cell by cell, after which detainees returned to their cells "24/7." *Id.*

The evidence from the interviews conducted by Human Rights Watch is unambiguous. The conditions at CECOT involved systematic torture and ill-treatment, including repeated beatings, prolonged incommunicado detention, denial of basic hygiene, inadequate food, little or no access to medical care, and, in some cases, sexual violence. The environment does not merely fall short of minimum standards, but constitutes a regime of confinement that degrades the humanity of every person subjected to it.

## V. Torture and Other Ill-Treatment Were Predictable Outcomes of the Detainees' Transfer to CECOT

### A. El Salvador Officials' Statements Prior to March 2025 Point to the Systematic Nature of Abuse

Between June 2019 and June 2024, the President of El Salvador and the officials who ran its prison system published, on verified accounts with millions of followers, a consistent account of conditions imposed on detainees in El Salvador's prison system. In June 2019, March 2020, April 2020, and March 2022, officials announced that cells would be closed 24 hours a day and detainees would not see "*a ray of sun*." Nayib Bukele (@nayibbukele), X (June 29, 2019 at 10:44 PM), https://x.com/nayibbukele/status/1145161201015562242; Osiris Luna Meza

(@OsirisLunaMeza), X (June 30, 2019 at 11:03 PM), https://x.com/OsirisLunaMeza/status/1145165913450340352; Nayib Bukele (@nayibbukele), X (Mar. 2, 2020 at 10:46 PM), https://x.com/nayibbukele/status/1234686639194034178; Osiris Luna Meza (@OsirisLunaMeza), X (Mar. 2, 2020 at 10:51 PM), https://x.com/OsirisLunaMeza/status/1234687794360078338; Nayib Bukele (@nayibbukele), X (Apr. 25, 2020 at 1:26 AM), https://x.com/nayibbukele/status/1253918297629876230; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 27, 2020 at 2:40 AM) https:/x.com/OsirisLunaMeza/status/1254601309170401283__;!!JBqN7g!Q32cwwGoZ52cDD85iQgIrdzohb4jqe7L2p94kfkQzztMR9BwuvPdhdATMtQ6s16HjfsaIhXDa8s$); Nayib Bukele (@nayibbukele), X (Mar. 27, 2022 at 11:26 AM), https://x.com/nayibbukele/status/1508103206232113164; Osiris Luna Meza (@OsirisLunaMeza), X (Mar. 27, 2022 at 11:31 AM), https://x.com/OsirisLunaMeza/status/1508104344805285889. Officials explained that cells were physically sealed so occupants could not see out, leaving them "*inside, in the dark.*" Nayib Bukele (@nayibbukele), X (Apr. 27, 2020 at 4:55 PM), https://x.com/nayibbukele/status/1254876843099992076; Osiris Luna Meza (@OsirisLunaMeza), X (June 7, 2020 at 2:30 PM), https://x.com/OsirisLunaMeza/status/1269698140753592325; Nayib Bukele

(@nayibbukele), X (May 21, 2021 at 9:07 PM), https://x.com/nayibbukele/status/1395909249197355009; Osiris Luna Meza (@OsirisLunaMeza), X (Nov. 15, 2021 at 5:21 PM), https://x.com/OsirisLunaMeza/status/1460372409673039872; Osiris Luna Meza (@OsirisLunaMeza), X (Nov. 15, 2021 at 7:32 PM), https://x.com/OsirisLunaMeza/status/1460405403418771457; PenalesSV (@PenalesSV), X (July 23, 2022 at 1:16 PM), https://x.com/PenalesSV/status/1550892625204486145. Detainees were held incommunicado for months, with no family visits of any kind. Penales SV (@PenalesSV), X (July 18, 2019 at 11:48 PM), https://x.com/PenalesSV/status/1152062636307017728); Nayib Bukele (@nayibbukele), X (Mar. 2, 2020 at 10:46 PM), https://x.com/nayibbukele/status/1234686639194034178; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 27, 2020 at 2:40 AM), https://x.com/OsirisLunaMeza/status/1254854519839526913?s=20; Osiris Luna Meza (@OsirisLunaMeza), X (June 7, 2020 at 2:30 PM), https://x.com/OsirisLunaMeza/status/1269698140753592325; Osiris Luna Meza (@OsirisLunaMeza), X (Sept. 4, 2020 at 10:46 AM), https://x.com/OsirisLunaMeza/status/1301894382392619008. Rival gangs were housed together in a single cell by design. Osiris Luna Meza (@OsirisLunaMeza),

X (Apr. 28, 2020 at 4:56 PM), https://x.com/OsirisLunaMeza/status/1255239396951015425; Osiris Luna Meza (@OsirisLunaMeza), X (Feb. 27, 2023 at 9:50 PM), https://x.com/OsirisLunaMeza/status/1630400035237031937. Bedding and hygiene supplies were confiscated, and food was rationed such that meals were reduced from three per day to two per day, consisting of a bread roll with beans at 9:00 a.m. and a tortilla with beans at 4:00 p.m. Nayib Bukele (@nayibbukele), X (Mar. 27, 2022 at 11:03 PM), https://x.com/nayibbukele/status/1508278475026845696; Nayib Bukele (@nayibbukele), X (Mar. 28, 2022 at 4:36 PM), https://x.com/nayibbukele/status/1508543617970933761; Nayib Bukele (@nayibbukele), X (Mar. 31, 2022 at 9:59 AM), https://x.com/nayibbukele/status/1509530757244489729; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 1, 2022 at 9:52 PM), https://x.com/OsirisLunaMeza/status/1510072769760874504; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 2, 2022 at 11:42 AM), https://x.com/OsirisLunaMeza/status/1510281599451021321; Nayib Bukele (@nayibbukele), X (Apr. 2, 2022 at 11:25 PM), https://x.com/nayibbukele/status/1510458427864199172; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 4, 2022 at 8:57 AM),

https://x.com/OsirisLunaMeza/status/1510964901644283904; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 4, 2022 at 5:10 PM), https://x.com/OsirisLunaMeza/status/1511088909899423749; Osiris Luna Meza (@OsirisLunaMeza), X (Mar. 31, 2022 at 10:51 PM), https://x.com/OsirisLunaMeza/status/1509725158981963784; PenalesSV (@PenalesSV), X (Apr. 4, 2022 at 9:14 AM) https://x.com/PenalesSV/status/1510969064725917701. Detainees were left to sleep on the floor. PenalesSV (@PenalesSV), X (Mar. 28, 2022 at 5:14 PM), https://x.com/PenalesSV/status/1508553095118303239; PenalesSV (@PenalesSV), X (Apr. 2, 2022 at 8:59 PM), https://x.com/PenalesSV/status/1510421650604539907. These measures were announced publicly to influence the conduct of gangs outside the prison. Officials explained: "*all the suffering that these bastards have caused the population, we are going to make them go through it in the prisons.*" Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 4, 2022 at 8:57 AM), https://x.com/OsirisLunaMeza/status/1510964901644283904; Osiris Luna Meza (@OsirisLunaMeza), X (Apr. 5, 2022 at 12:28 PM), https://x.com/OsirisLunaMeza/status/1511380146653216780.

In February 2023, around the time that CECOT was opened, Osiris Luna Meza, the head of the El Salvador prison system said, "All terrorists entering

CECOT will never come out, and those sent to punishment cells will not see the light of day." *Id.* at 29 (quoting Osiris Luna Meza (@OsirisLunaMeza), post to X, February 28, 2023, https://x.com/OsirisLunaMeza/status/1630422250783383556). Luna Meza was sanctioned by the US government under the Global Magnitsky Act in 2021. Press Release, U.S. Dep't of the Treasury, *Treasury Targets Corruption Networks Linked to Transnational Organized Crime* (Dec. 8, 2021), https://home.treasury.gov/news/press-releases/jy0519. In February 2023, Justice and Public Security Minister Gustavo Villatoro said that those sent to CECOT would never leave alive: "As the Security Cabinet, we will make sure that the sentences are high enough so that none of those who enter CECOT ever walk out; they will only be able to leave in a coffin." HRW & Cristosal Report, at 29 (quoting Press Release, Ministry of Just. and Pub. Sec. of El Salvador (Feb. 6, 2023), https://www.seguridad.gob.sv/como-gabinete-de-seguridad-nos-encargaremos-de-que-ninguno-de-los-que-entre-al-cecotsalga-caminando-nunca-ministro-gustavo-villatoro/).

**B. Third Parties Reported on Conditions at CECOT Prior To March 2025**

In September 2024, the IACHR reported estimated prison overcrowding at CECOT at 133% capacity. Inter-Am. Comm'n H.R., El Salvador: State of Emergency and Human Rights, at 180, OAS (n.d.). The Financial Times published an estimation that, even if the prison's capacity was not exceeded, each prisoner

would be allocated only 0.6 square meters of cell space. Christine Murray and Alan Smith, *Inside El Salvador's mega-prison: the jail giving inmates less space than livestock*, THE FINANCIAL TIMES, (Mar. 6, 2025), https://www.ft.com/content/d05a1b0a-f444-4337-99d2-84d9f0b59f95. In January 2025, France 24 reported prisoners were permitted to "leave their cells only when they have court hearings by video link from a room in the prison, or to exercise for half-an-hour a day in a large hallway." *'No Way Out': Grim Conditions in El Salvador's Mega Prison for Gangs*, FRANCE 24 (Jan. 28, 2025), https://www.france24.com/en/live-news/20250128-no-way-out-grim-conditions-in-el-salvador-s-mega-prison-for-gangs. Reuters reported that there were no outdoor spaces and that family visits were denied. Nelson Renteria, Brendan O'Boyle & Raul Cortes, *What Is El Salvador's Mega Prison That Could Take U.S. Criminals?*, REUTERS (Feb. 4, 2025), https://www.reuters.com/world/americas/what-is-el-salvadors-mega-prison-that-could-take-us-criminals-2025-02-04/. A YouTube video posted by a regime-authorized content creator, which has received over 70 million views to date, shows tiny 2.5 by 4 meter "punishment cells" containing only a cement slab, water tub with a bucket, basic drainage, and a toilet. LUSITO COMUNICA, *Life as a prisoner in world's most strict jail: El Salvador CECOT*, (YouTube, Feb. 7, 2024), https://www.youtube.com/watch?v=69qKUoGhoQo. "CECOT detainees are

frequently denied communication with their relatives and lawyers, and only appear before courts in online hearings, often in groups of several hundred detainees at the same time." *Trump v. J.G.G.*, 604 U.S. 670, 1011 (Sotomayor, J., dissenting) (slip op. at 8) (quoting App. to Brief in Opposition to Application to Vacate 260a, *Trump v. J.G.G.*, No. 24A931 (U.S. Apr. 1, 2025)).

### C. The U.S. Government Knew or Should Have Known of Abusive Conditions in El Salvador's Detention Centers, Including CECOT

Contemporaneous materials demonstrate that the government knew about the abusive conditions detainees would face at CECOT. U.S. Secretary of State Marco Rubio received a letter from Sen. John Ossoff on February 10, 2025, over a month before the flights at issue in this case, warning that "El Salvador's prisons are internationally notorious for life-threatening and abusive conditions." Letter from John Ossoff, U.S. Senator, to Marco Rubio, Sec'y of State, U.S. Dep't of State, (Feb. 10, 2025), https://www.ossoff.senate.gov/wp-content/uploads/2025/02/25.02.10_Ossoff-Deportation-of-American-Citizens-Letter.pdf. The letter cited the State Department's own country conditions report, which was live on the Department of State's International Travel Country Information Page and its Travel Advisory at that time and read in part, "[p]rison and detention center conditions are harsh and dangerous," with overcrowding creating "a serious threat to prisoners' health and lives." *Id*. Ossoff's letter quoted the State Department's assessment that in "many Salvadoran prison and detention center facilities, 'provisions for sanitation, potable

water, ventilation, temperature control, and lighting are inadequate or nonexistent.'" *Id*.

A U.S. State Department Travel Advisory issued in November 2024 read in part: "Individuals imprisoned under the State of Exception do not have access to due process. Several U.S. and other foreign citizens have been detained under the State of Exception, remain in prison, and have yet to face trial. Prison conditions are harsh." *Travel Advisory: El Salvador*, U.S. State Dep't (Nov. 8, 2024), https://www.osac.gov/Country/ElSalvador/Content/Detail/Report/3e7a9801-8ee6-4b4e-a880-25b7a44c6d1a. This advisory was issued on November 8, 2024 and was posted on the US Embassy in El Salvador's website. *Updated to Reflect a Shift to Level 2 Due to Changes in Crime*, U.S. Embassy in El Salvador (Nov. 8, 2024), https://sv.usembassy.gov/updated-to-reflect-a-shift-to-level-2-due-to-changes-in-crime/. Archived copies of this advisory are still available online. *See id*. The advisory was reissued on February 7, 2025, but without any reference to prison conditions in El Salvador, and was later downgraded to a Level 1 advisory on April 8, 2025. *Travel Advisory: El Salvador*, U.S. State Dep't (Feb. 7, 2025), https://www.osac.gov/Content/Report/8577a1e7-bf65-43ec-9af4-26d691250a54; *El Salvador – Level 1: Exercise Normal Precautions*, U.S. Embassy in El Salvador (Apr. 8, 2025), https://sv.usembassy.gov/el-salvador-travel-advisory/.

Congressional Research Service, a trusted source widely distributed and relied

upon by both the legislative and executive branch of the US, issued a report on El Salvador's "State of Exception" on February 20, 2025. LETICIA CHACON, CONG. RSCH. SERV., IN12510, EL SALVADOR'S STATE OF EXCEPTION AND U.S. INTERESTS, (2025), https://www.congress.gov/crs_external_products/IN/PDF/IN12510/IN12510.2.pdf. The report reads in part: "The state of exception has coincided with an increase in reported human rights violations and exacerbated prison overcrowding. Human rights organizations have documented cases of torture, arbitrary detention, verbal and physical abuse, and the denial of inmates' access to food and/or medicine by security forces. One group reported that as of December 2024, more than 350 individuals had died while in custody under the state of exception." *Id.* at 2.

## CONCLUSION

The cases documented by *amici* and the representative accounts above underscore the grave human cost of the government's disregard of the court's order. For these reasons, *amici curiae* Human Rights Watch and Cristosal respectfully support the request of Respondents that the Court deny the petition.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Michael Garcia Bochenek*

Michael Garcia Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118
bochenm@hrw.org
(212) 212-1213

*Counsel for Amici Curiae*

**CERTIFICATE OF COMPLIANCE**

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B) because the brief contains 5469 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii). This brief complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6), respectively, because this brief has been prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman 14-point font.

Respectfully submitted,

Dated: August 28, 2026

*/s/ Michael Garcia Bochenek*
Michael Garcia Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118
bochenm@hrw.org
(212) 212-1213

*Counsel for Amici Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on August 28, 2026.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Respectfully submitted,

Dated: August 28, 2026

*/s/ Michael Garcia Bochenek*

Michael Garcia Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118
bochenm@hrw.org
(212) 212-1213

*Counsel for Amici Curiae*