# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5452** **September Term, 2026**

**1:25-cv-00766-JEB**

**Filed On:** September 9, 2026

In re: Donald J. Trump, et al.,

Petitioners

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the motion of pro se movant Meghan Kelly for leave to file a brief amicus curiae and for leave to permit electronic filing and to dispense with paper copies, it is

**ORDERED** that the motion be denied. The Clerk is directed to note the docket accordingly.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk