# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5452** **September Term, 2026**

**1:25-cv-00766-JEB**

**Filed On: September 9, 2026** **[2192082]**

In re: Donald J. Trump, et al.,

Petitioners

## ORDER

Upon consideration of the unopposed motion of 6 Senators for leave to participate as amici curiae, and the lodged brief amici curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amici curiae.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk