United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5452** **September Term, 2026**

**1:25-cv-00766-JEB**

**Filed On: September 21, 2026** [2194164]

In re: Donald J. Trump, et al.,

Petitioners

# O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for September 29, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Petitioners | - | 30 Minutes |
| Respondents | - | 30 Minutes |

The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 23, 2026.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)