# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5452** **September Term, 2026**

**1:25-cv-00766-JEB**

**Filed On: September 29, 2026** [2195469]

In re: Donald J. Trump, et al.,

Petitioners

**BEFORE:** Chief Judge Srinivasan, and Circuit Judges Henderson*, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia

**COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Tuesday, September 29, 2026 at 9:30 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

Brett A. Shumate (DOJ), counsel for Petitioners.

Lee Gelernt, counsel for Respondents.

* Judge Henderson did not participate in the live arguments

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk